IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JEREMY BENSON, | § | |
| | § | |
| Defendant Below, | § | No. 511, 2024 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1712014868A (N) |
| | § | |
| Appellee. | § | |

Submitted: July 25, 2025
Decided: September 29, 2025

## **ORDER**

Before **VALIHURA**, **TRAYNOR**, and **GRIFFITHS**, Justices.

After consideration of the parties' briefs and the record on appeal, we find it evident that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its November 12, 2024 order denying the appellant's motion for postconviction relief.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice